UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
3TAC, LLC, and                               :   Civil Action No. 1:16-cv-08795 (LTS) (JCF)
WEST LOOP SOUTH, LLC,                        :
                                             :   **RULE 7.1 STATEMENT**
                                             :
            Plaintiffs,                      :
                                             :
   - against –                               :
                                             :
ICONIX BRAND GROUP, INC,                     :
IP HOLDINGS UNLTD., LLC, and                 :
NEIL COLE,                                   :
                                             :
            Defendants.                      :
                                             :
-----------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, each of which are private non-governmental parties, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  None.

Dated:  January 9, 2017                      DONNENFELD LAW PLLC

                                                                               By:  _____
                                                                                  Gregg Donnenfeld, Esq.
                                                                  P.O. Box 280
                                                                Greenvale, NY 11548
                                                               (917) 251-2452
                                                               Gregg@DonnenfeldLaw.com
                                                               *Attorneys for Plaintiffs*