# epstein ostrove, llc

Attorneys at Law

Daniel N. Epstein *†
Elliot D. Ostrove *‡

* Member of New York and New
Jersey Bars
† Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney
‡ Rule 1:40 Qualified Mediator

July 10, 2018

**VIA ELECTRONIC FILING AND E-MAIL**
Honorable Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *Seth Gerszberg and EGRHC, LLC v. Iconix Brand Group, Inc., et al.*
      **Case No.: 17-cv-08421(KBF)**

      *3TAC, LLC and West Loop South, LLC v. Iconix Brand Group, Inc., et al.*
      **Case No.: 16-cv-08795(KBF)**

Dear Judge Forrest:

We represent Plaintiffs, Seth Gerszberg, EGRHC, LLC, 3TAC, LLC, and West Loop South, LLC, in connection with the above-referenced matters.

There is currently a telephonic conference scheduled in these matters before Your Honor on Thursday July 12, 2018, at 2:00p.m.  We respectfully request a 30-day adjournment of the conference.

Our firm is in the process of substituting in as counsel for Plaintiffs in these matters. Accordingly, we are becoming fully familiar with the history and relevant details of the cases. Moreover, we have been and expect to continue to be in contact with counsel for Defendants, and are in the process of beginning work on open discovery issues.  We would like to take the next 30 days to more fully familiarize ourselves with the issues and details, as well as work with counsel for Defendants in an effort to resolve as many outstanding discovery issues as possible.

We have conferred with counsel for Defendants and they have consented to the requested 30-day adjournment.

*Ordered*
*Conference adjourned to*
*9/4/18 @ 2 pm.*

Respectfully Submitted,
EPSTEIN OSTROVE, LLC

By: ELLIOT D. OSTROVE

*KBF.*

EDO/ct
cc:   All Counsel of Record (via electronic filing and e-mail)

*So OJ*

*7/11/18*

200 Metroplex Drive, Suite 304, Edison, NJ 08817
t 732.828.8600  |  f 732.828.8601  |  www.epsteinostrove.com