UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

3TAC, LLC and WEST LOOP SOUTH, LLC

           Plaintiffs,

    - against -

ICONIX BRAND GROUP, INC., IP HOLDINGS
UNLTD., LLC, and NEIL COLE

           Defendants.

------------------------------------------------------------- x

Case No. 16-cv-08795 (KBF)
[rel. 1:16-cv-08421-KBF]

**SUBSTITUTION OF ATTORNEY**

**IT IS HEREBY CONSENTED TO AND AGREED**, by and among the undersigned, that the law firm of EPSTEIN OSTROVE, LLC be substituted as attorneys of record for Plaintiffs, 3TAC, LLC and WEST LOOP SOUTH, LLC, in this action, in place and stead of DONNENFELD LAW PLLC, as of the date hereof.

DATED: July 3, 2018

DONNENFELD LAW PLLC

By: _____
Gregg Donnenfeld, Esq.
37 Northern Blvd, #280
Greenvale, New York 11548
917-251-2452
*Outgoing Attorney for Plaintiffs 3TAC, LLC and WEST LOOP SOUTH, LLC*

EPSTEIN OSTROVE, LLC

By: _____
Elliot D. Ostrove, Esq.
200 Metroplex Drive, Suite 304
Edison, New Jersey 08817
and
43 West 43rd Street, Suite 139
New York, NY 10036
646-300-8600
*Incoming Attorneys for Plaintiffs 3TAC, LLC and WEST LOOP SOUTH, LLC*

So ordered.

KBF, JDC
USDJ
7/11/18