UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

3TAC, LLC et al.,

                                  Plaintiffs,

-against-

ICONIX BRAND GROUP, INC. et al.,

                                  Defendants.

------------------------------------- x

<u>ORDER</u>

16 Civ. 8795 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       April 23, 2019

                                                            SO ORDERED.

                                                             _____
                                                             GEORGE B. DANIELS
                                                            United States District Judge